Syllabus.

## HUGH RICE

*v.* ·

## THE PEOPLE OF THE STATE OF ILLINOIS.

WRIT OF ERROR to the Circuit Court of McLean county; the Hon. S. L. RICHMOND, Judge, presiding.

Messrs. TIPTON and BENJAMIN, for the plaintiff in error.

Mr. CHARLES BLANCHARD, State's attorney, for the people.

Mr. JUSTICE BREESE : This case is in all respects the same as the next preceding, and is decided in the same way. The judgment is reversed.

*Judgment reversed.*